IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JEREMY LOCKETT,

    Plaintiff,

v.   Case No. 20C0339

LEBBEUS BROWN, ET AL.,

    Defendants.

## DECLARATION OF REBECCA A. PAULSON

I, **REBECCA A. PAULSON**, declare pursuant to 28 U.S.C. § 1746 and under the penalty of perjury, that the following is true and correct.

1. I make this declaration based upon my personal knowledge.

2. I am the attorney representing the Defendant in the above-captioned case.

3. Before the exhaustion deadline set in the pretrial conference order, I evaluated the merits of an exhaustion defense based on the claims upon which the Court allowed Plaintiff to proceed. I evaluated whether Plaintiff exhausted his due process claim that there was insufficient evidence to find him guilty at the disciplinary hearing.

4. I determined the sufficiency of the evidence was exhausted by the appeal filed with the Warden's office.

2

*Pursuant to 28 U.S.C. § 1746, I verify under penalty of perjury that the statements in the declaration are true and correct and based upon my personal knowledge.*

Executed this 10th day of August, 2021.

s/ Rebecca A. Paulson
Rebecca A. Paulson