IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JEREMY LOCKETT,

    Plaintiff,

v.       Case No. 20C0339

LEBBEUS BROWN, ET AL.,

    Defendants.

## DECLARATION OF GARY BOUGHTON

I, **GARY BOUGHTON**, declare pursuant to 28 U.S.C. § 1746 and under the penalty of perjury, that the following is true and correct.

1. I make this declaration based upon my personal knowledge and review of the records maintained in the ordinary course of business at the Department of Corrections (Corrections).

2. I am currently employed by Corrections as the Warden at the Wisconsin Secure Program Facility (WSPF). I have held this position since March 2014. I was previously the Warden at Prairie du Chien Correctional Institution since July 2010 prior to becoming Warden at WSPF. I was the Deputy Warden at WSPF from September 2007 until July 2010, and was the Security Director before that from October 2000 until September 2007.

3. In my capacity as the Warden at WSPF, I am generally responsible for the overall operation, direction and management of the institution. WSPF is an adult-male maximum security facility.

4. It is my understanding Jeremy Lockett (DOC#511912) has been allowed to proceed on claims his constitutional rights were violated when he was found guilty of the charges in Conduct Report 3141599 related to him possessing material which he was allegedly going to use as evidence in a lawsuit about religion. Corrections staff determined the material to be related to a security threat group (gang).

5. I did not have involvement in the investigation leading up to the issuance of the conduct report. Generally, the Security Threat Groups coordinator and Security Director lead all investigations related to potential security threat group activity in the institution.

6. It is my understanding from this lawsuit that Lockett alleged the document was about his religion, Growth and Development, but staff determined it was material discussing the structure and teachings of the Gangster Disciples.

7. It is common for inmates to attempt to conceal security threat group activity by using religion and/or legal reasons as a cover up. Growth and Development is not recognized as a religion in Corrections. Although inmates are allowed to believe in and individually practice whatever religion they please, there are limitations with how and when they can practice, and any activity compromising the security and safety of the institution is not allowed.

8.  Lockett alleges that he requested a copy of a document from the docket of another inmate's federal case, *Terrance Prude vs. Meli, et al.*, Case No. 17-CV-336-WMC. I was a defendant in this lawsuit. The lawsuit was not about religious rights; Prude alleged interference with his legal mail and that he was denied adequate due process when Corrections intercepted a $10,000 check that was mailed to him from an improper source.

9.  Lockett appealed the finding of guilt in Conduct Report 3141599. He alleged confiscating the material violated his rights and interfered with his access to the courts.  He also alleged there were procedural issues since the hearing was extended pass the mandatory 21-day time limit as stated in Wis. Admin. Code DOC 303.80(3). (DeGroot Decl. Ex. 100, at 17-18.)

10.  I did not review or process Lockett's appeal at that time; it was processed by the Deputy Warden at the time, Peter Jaeger. It is common for the Deputy Warden to act as the Warden's designee on disciplinary hearing appeals. (DeGroot Decl. Ex. 100, at 17.)

3

11. I reviewed the conduct report and appeal for the purpose of responding to this lawsuit. Based on my review, I agree there was enough evidence to support the charges and findings of guilt. I do not believe there were any procedural errors as the Captains who signed off on the extended time with which to hold the hearing were designees of the Security Director for that purpose. (DeGroot Decl. Ex. 100, at 12-13.)

> *Pursuant to 28 U.S.C. § 1746, I verify under penalty of perjury that the statements in the declaration are true and correct and based upon my personal knowledge.*

Executed this 30th day of July, 2021.

s/ Gary Boughton
Gary Boughton