IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JEREMY LOCKETT,

    Plaintiff,

v.

                                     Case No.  20-cv-339-jdp

LEBBEUS BROWN, LT TAYLOR, CAPT
TOM, GARY BOUGHTON, and
DYLAN RADTKE,

    Defendants.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | January 25, 2022 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |